**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| RONNIE K. HONGO | CIVIL ACTION NO. 16-0324 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Record Document 47, supplemented by Record Document 53) is **GRANTED**, and all claims against all remaining Defendants are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 23rd day of May, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT